FILED
United States Court of Appeals
Tenth Circuit

**July 17, 2023**

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MARIO REYNOSO, a/k/a Mario Hernandez,

    Defendant - Appellant.

No. 20-2130
(D.C. No. 2:19-CR-00137-RB-1)
(D. N.M.)

---

**ORDER**

---

Before **MATHESON**, **BRISCOE**, and **CARSON**, Circuit Judges.

---

This matter is before us on Appellant's *Motion for Appointment of Counsel Pursuant to 28 U.S.C. § 3006A(c)*. We issued an Order and Judgment in this matter on June 29, 2021. The mandate issued on July 21, 2021. Appellant did not timely file a petition for writ of certiorari with the United States Supreme Court. He asserts that his court-appointed attorney failed to advise him of his right to petition for a writ of certiorari and the deadline for filing such a petition, and he attaches a letter he received from counsel following issuance of the Order and Judgment in this case, which supports that assertion. Appellant asks us to recall the mandate, vacate and reissue the judgement, and appoint new counsel to assist him in seeking timely review of the judgment in this appeal.

Upon consideration, the court finds that extraordinary circumstances warrant such relief. *See Wilkins v. United States*, 441 U.S. 468, 470 (1979). Accordingly, the motion is granted. The mandate issued on July 21, 2021 is recalled, and the Order and Judgement issued on June 29, 2021 is vacated. Upon receipt of the mandate, the Clerk shall reissue the Order and Judgment in its original form.

In addition, Attorney Kari Schmidt[1] is appointed pursuant to 18 U.S.C. § 3006A to represent Appellant in connection with a petition for writ of certiorari in accordance with Section VII of this court's Criminal Justice Act Plan. *See* Tenth Circuit Rules, Addendum I. **Within 7 days** of the date of this order, Ms. Schmidt shall enter her appearance in this matter.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Jane K. Castro* (signature)

by: Jane K. Castro
    Chief Deputy Clerk

---

[1] Kari S. Schmidt
Conlee, Schmidt & Emerson
200 West Douglas Avenue, Suite 300
Wichita, KS 67202
karis@fcse.net
(316) 264-3300