# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

February 16, 2022

Jane K. Castro
Chief Deputy Clerk

Mario Reynoso
Reg. No. 33835-180
FCI Forrest City Medium
Federal Correctional Institution
P.O. Box 3000
Forrest City, AR  72336

      Re:    Closed Case No. 20-2130, *United States v. Reynoso*

Dear Mr. Reynoso:

This letter is sent in response to the Motion for Appointment of Counsel that the court received from you captioned for the now-closed direct criminal appeal referenced above. This case has reached its end in this court. Our rules do not permit this court to appoint new counsel for you at this point in the proceedings. As a result, the court will not file or take any action on your motion.

Please be advised there are strict time limits within which a party could seek permissive review by the United States Supreme Court. Perhaps personnel at the prison law library where you are housed or an attorney you retain with your own funds could be of assistance, but personnel from this court cannot provide you with any advice about what steps might be next. We regret that we cannot provide further assistance at this time.

                        With kind regards,

                        CHRISTOPHER M. WOLPERT, Clerk

CW/ls