# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT

Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

August 25, 2022

Mario Reynoso #33835-180  
Federal Correctional Complex - Medium  
P.O. Box 3000  
Forrest City, AR 72336

Re:   20-2130; *United States v. Reynoso*

Dear Mr. Reynoso,

I am writing in response to your "motion to compel," by which you assert that your appointed counsel incorrectly informed you that he no longer represented you after your case was affirmed by this court. Your motion was received by the court on August 25, 2022.

As you are aware, on June 29, 2021, this court entered an order and judgment affirming the district court. The court's mandate issued on July 21, 2021, which ended the Tenth Circuit's jurisdiction over your appeal.

Your proceedings are at an end. We therefore cannot accept your motion for filing and no further action will be taken on it. Please be advised that the court cannot provide you with legal advice regarding your counsel's alleged ineffective assistance and may not respond to future correspondence or submissions from you unless and until you are a party to an active case before it.

Sincerely,

CHRISTOPHER M. WOLPERT  
Clerk of the Court

CMW/cmm