RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2023 MAY 16 AM 11:06

5-8-23

Mr. Wolpert, Clerk of Court

Today I recieved an oder and Judgement from this court dated April 20, 2023 in Re: 22-2119 United States V. Reynoso. Dist las docket 2:19CR-00137-RB-1. Entered By Circuit Judge Hon. Corolyn B. McHugh In it they Conclude that I should file a motion in my criminal proceedins. I fully intend to file such motion. with this court. But at the present moment I find myself in the special Housing Unit at Forrest City AR federal Correctional complex awaiting transfer the location as to where is still unknown to me. I've been awaiting for the last full month and I have no access to the prison Law Libary and the Research that I need to complete such motion is not at my disposal at the moment. So if there's a certain time limit on this such motion I am humbolly asking the court for an extension of time to proceed with this such motion. I dont know exvet time it's gonna take

me to get to my new location so in case there is a Limit can you please make a notation on the Record, and your Response is greatly apreciated.

Thank you.
Mario Reynoso
*/signature/* 5/8/23

10 Reynoso #338355-180
al Correctional Complex
Box 3000
City, AR 72336

MEMPHIS TN 380
10 MAY 2023 PM 4 L

UNITED STATES Court OF APPEALS
For THE TENTH CIRCUIT
OFFICE OF THE CLERK
BYRON WHITE UNITED STATES CourtHouse
1823 STOUT STREET
DENVER, COLORADO 80257