**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**May 16, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MARIO REYNOSO, a/k/a Mario
Hernandez,

    Defendant - Appellant.

No. 20-2130
(D.C. No. 2:19-CR-00137-RB-1)
(D. N.M.)

_____

**ORDER**

_____

This matter is before the court on receipt of a letter from defendant-appellant

Mario Reynoso in which he requests an extension of time to file a motion to recall the

mandate in this case and vacate and reissue this court's judgment affirming his criminal

conviction and sentence to allow him an opportunity to file a timely petition for certiorari

in the Supreme Court as this court suggested in *United States v. Reynoso*, No. 22-2119,

2023 WL 3017136, at *6 (10th Cir. April 20, 2023).

Upon consideration, the court denies the motion for extension of time as

unnecessary. *See* 10th Cir. R. 41.2 ("When a motion to recall the mandate is tendered for

filing more than one year after issuance of the mandate, the Clerk shall not accept the

motion for filing <u>unless</u> the motion states with specificity why it was not filed sooner.

The court will not grant the request unless the movant has established good cause for the

delay in filing the motion." (emphasis added)); *see also Reynoso*, 2023 WL 31017136,

at *6 ("[H]aving carefully reviewed Mr. Reynoso's arguments and the evidence he has submitted, we are left to conclude that Mr. Reynoso should file a motion in his criminal proceeding [Appeal No. 20-2130] to request the relief he seeks and suggest that any such motion should receive due consideration."); *Reynoso,* 2023 WL 3101713, at *6 n.8 ("If Mr. Reynoso pursues a motion in his criminal appeal [Appeal No. 20-2130], we recommend he include a copy of [the April 20, 2023 order and judgment in Appeal No. 22-2119] with any such motion.").

The court encourages Mr. Reynoso to use his best efforts to expeditiously file a motion in this appeal to request the relief he seeks.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk